IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | |
|---|---|
| CNX RESOURCES CORPORATION, CITGO PETROLEUM CORPORATION, and MURPHY USA INC., | § § No. 103, 2024 § § Court Below: Superior Court § of the State of Delaware § |
| Defendants Below, Appellants, | |
| v. | § § C.A. No. N20C-09-097 CCLD § |
| STATE OF DELAWARE, *ex rel.* KATHLEEN JENNINGS, Attorney General of the State of Delaware, | § § § § § |
| Plaintiff Below, Appellee. | § § § |

Submitted: March 22, 2024
Decided: May 8, 2024

Before **SEITZ**, Chief Justice; **VALIHURA** and **GRIFFITHS**, Justices.

## **ORDER**

After consideration of the notice and supplemental notices of appeal from interlocutory orders and the documents attached thereto, it appears to the Court that the appellants seek an interlocutory appeal only if the Court accepts an interlocutory appeal in *State ex rel. Kathleen Jennings v. BP America Inc. et al.*, No. 54, 2024. Because the Court has refused the interlocutory appeal in No. 54, 2024, this appeal is also refused.

IT IS SO ORDERED.

BY THE COURT:

*/s/ Collins J. Seitz, Jr.*
Chief Justice